# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, | |
| Plaintiff, | Case No. 2:13-cv-02110-RFB-GWF |
| vs. | **ORDER** |
| LAS VEGAS CAY CLUB HOMEOWNER'S ASSOCIATION, | Motion to Withdraw - #11 |
| Defendant. | |

This matter is before the Court on Gregory L. Wilde's Motion to Withdraw as Plaintiff's Counsel (#11), filed November 4, 2014. To date, no party has filed a response to this motion and the time for opposition has now expired. Furthermore, the movant substantially establishes good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Gregory L. Wilde's Motion to Withdraw as Plaintiff's Counsel (#11) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff JPMorgan Chase Bank must retain new counsel if it intends to continue to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). **JPMorgan Chase Bank** shall have until **December 8, 2014** to advise the Court if it will retain new counsel.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. add the last known address of JPMorgan Chase Bank to the civil docket:

   **JPMorgan Chase Bank**
   **c/o Caliber Home Loans**
   **Attn: John Gordon**
   **16745 W. Bernardo Dr., Suite 300**
   **San Diego, CA, 92127**

2. serve **JPMorgan Chase Bank** with a copy of this order at its last known address listed above.

DATED this 24th day of November, 2014.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge