# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JP MORGAN CHASE BANK,<br><br>　　　　　Plantiff,<br><br>　v.<br><br>LAS VEGAS CAY HOMEOWNERS ASSOCIATION,<br><br>　　　　　Defendant. | Case No.: 2:13-cv-02110-RFB-GWF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE GEORGE W. FOLEY, JR.** |

Before the Court for consideration is the Report and Recommendation (ECF No. 14) of the Magistrate Judge George W. Foley, Jr., entered October 9, 2014.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985).

Pursuant to Local Rule IB 3-2(a), objections were due by December 26, 2014. No objections have been filed. The Court has reviewed the record in this case and concurs with Magistrate Judge's recommendation(s) that as the Plaintiff has not contacted the Court and has not demonstrated any interest in continuing the case, the Complaint (ECF No. 1) be dismissed without prejudice.

Therefore, the Court has determined that Magistrate Judge's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 14) is **ACCEPTED and ADOPTED in full.**

**IT IS FURTHER ORDERED** that the Complaint is dismissed without prejudice.

**IT IS ORDERED** that the Clerk of Court shall mail a copy of this Findings and Recommendation and Order to Plaintiff JPMorgan Chase Bank c/o Caliber Homes Loans, Attn: John Gordon 16745 W. Bernardo Dr., Suite 300, San Diego, California 92127.

**The Clerk shall enter judgment accordingly and close case.**

**DATED** this 17th day of February, 2015.

_____
**RICHARD F. BOULWARE, II.**
**United States District Court Judge**